# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 14 PM 12: 44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:

DR Systems, Inc.

vs

Eastman Kodak Company

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0669 H BLM**

TO: (Name and Address of Defendant)

Eastman Kodak Company
343 State Street
Rochester, NY  14650

c/o CT Corporation System (Designated Agent for Service of Process)
818 West Seventh Street
Los Angeles, CA  90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Allison H. Goddard
Jaczko Goddard LLP
4401 Eastgate Mall
San Diego, CA  92121
agoddard@jaczkogoddard.com

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

April 14, 2008
DATE

By B. LLOYD , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S