1 | J. Christopher Jaczko (149317)
  | Allison H. Goddard (211098)
2 | JACZKO GODDARD LLP
  | 4401 Eastgate Mall
3 | San Diego, CA 92121
  | Telephone: (858) 404-9205
4 | Facsimile: (858) 225-3500

5 | Raymond P. Niro (*Pro Hac Vice*)
  | Matthew G. McAndrews (*Pro Hac Vice*)
6 | Frederick C. Laney (*Pro Hac Vice*)
  | Nicholas M. Dudziak (*Pro Hac Vice*)
7 | NIRO, SCAVONE, HALLER & NIRO
  | 181 West Madison Street, Suite 4600
8 | Chicago, Illinois 60602
  | Telephone: (312) 236-0733
9 | Facsimile: (312) 236-3137

10 | Attorneys for Plaintiff/Counter-defendant
   | DR SYSTEMS, INC.

FILED
08 APR 14 PM 12:42
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

DR SYSTEMS, INC., a California Corporation,

    Plaintiff,

v.

EASTMAN KODAK COMPANY.

    Defendant.

Case No.: '08 CV 0669 H BLM

PLAINTIFF DR SYSTEMS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST (L.R. 40.2)

1   Pursuant to Civil Local Rule 40.2, plaintiff DR Systems, Inc. hereby gives notice that it does
2   not have a parent corporation, and no publicly held company owns ten percent or more of its stock.

4   Dated: April 13, 2008

JACZKO GODDARD LLP

NIRO, SCAVONE, HALLER & NIRO


By: /s/ Allison Goddard

Allison H. Goddard

Attorneys for Plaintiff

DR SYSTEMS, INC.