SCHIFF HARDIN LLP
Stephen M. Hankins (SBN 154886)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701
Email: shankins@schiffhardin.com

Attorneys for Defendant and Counterclaimant
EASTMAN KODAK COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY, a New Jersey Corporation<br><br>Defendant. | Case No.  08 CV 0669 H BLM<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |
| EASTMAN KODAK COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>DR SYSTEMS, INC.,<br><br>Counterclaim Defendant. | |

Pursuant to Civil Local Rule 40.2, defendant Eastman Kodak Company ("Kodak"), hereby gives notice that it does not have a parent company. The following publicly-held company owns ten percent (10%) or more of Kodak's stock:

- 1 -
NOTICE OF PARTIES WITH FINANCIAL INTEREST                                       CASE NO. 08 CV 0668 H BLM

Legg Mason, Inc., directly or indirectly through its subsidiaries, including Legg Mason Capital Management, Inc.

Dated: May 12, 2008                          SCHIFF HARDIN LLP


By:  /s/ Stephen M. Hankins
    Stephen M. Hankins
    Attorneys for Defendant and
    Counterclaimant Eastman Kodak Company

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served the 12th day of May, 2008, with a copy of the Notice of Parties with Financial Interest of Eastman Kodak Company via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: May 12, 2008

Respectfully submitted,

Schiff Hardin LLP

By: /s/ Stephen M. Hankins
Stephen M. Hankins
Attorneys for Defendant and
Counterclaimant Eastman Kodak Company