SCHIFF HARDIN LLP
Stephen M. Hankins (Cal. Bar No. 154886)
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701
Email:  shankins@schiffhardin.com

Attorneys for Defendant
EASTMAN KODAK COMPANY


J. Christopher Jaczko (149317)
Allison H. Goddard (211098)
JACZKO GODDARD LLP
4401 East Gate Mall
San Diego, CA  92121
Telephone:   (858) 550-6150
Facsimile:   (858) 225-3500

Attorneys for Plaintiff and
Counterclaim Defendant
DR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY, a New Jersey corporation,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  08 CV 0669 H BLM<br><br>**JOINT MOTION FOR ENTRY OF [PROPOSED] PROTECTIVE ORDER**<br><br><br>Courtroom: 13, Fifth Floor<br>Judge:  The Honorable Marilyn L. Huff |

1   Plaintiff and counterclaim defendant DR Systems, Inc. and defendant and counterclaimant
2   Eastman Kodak Company, by and through their respective counsel, hereby jointly move the Court
3   for entry of the [Proposed] Protective Order submitted concurrently herewith to the Court.

4   Good cause exists for entry of the [Proposed] Protective Order.  In the course of this
5   litigation, the parties expect that some of the documents and information ("materials") that will be
6   produced through discovery in this action would be, for competitive and other reasons, normally
7   kept confidential by the parties.  The materials may contain trade secret or other confidential
8   research, technical, cost, price, marketing, or other commercial information that is contemplated
9   by Rule 26(c)(7) of the Federal Rules of Civil Procedure.

10   The parties therefore request that the Court enter the [Proposed] Protective Order to
11   protect the confidentiality of such materials as much as practical during this litigation.

Respectfully submitted,

Dated:  July 31, 2008           JACZKO GODDARD LLP


By: /s/ Allison H. Goddard
    Allison H. Goddard
    Attorneys for Plaintiff and Counterclaim
    Defendant DR SYSTEMS, INC.


Dated: July 31, 2008            SCHIFF HARDIN LLP


By: /s/ Stephen M. Hankins
    Stephen M. Hankins
    Attorneys for Defendant and
    Counterclaimant
    EASTMAN KODAK COMPANY

JOINT MOTION FOR ENTRY OF
[PROPOSED] PROTECTIVE ORDER         -1-         CASE NO. 08 CV 0669 H BLM

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 31st day of July, 2008 with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case that have made an appearance to date are represented by counsel who are CM/ECF participants.

By:  /s/ Allison H. Goddard

SF\9193762.1
SF\9196347.1