UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR SYSTEMS, INC., | Case No. 08cv669-H (BLM) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| EASTMAN KODAK CO., | |
| Defendant. | |
| And Related Counter-Claims | |

On August 18, 2008, parties to the above matter requested the Court's assistance in resolving a discovery dispute. Pursuant to this request, the Court issues the following expedited briefing schedule:

1. Plaintiff shall file its discovery motion on or before **August 22, 2008**;

2. Defendant's opposition to this motion shall be filed on or before **August 29, 2008**;

///
///
///
///

08cv669-H (BLM)

3. Any reply shall be filed on or before **September 5, 2008**, and;

4. The matter will be heard on **September 12, 2008** at **2:00 p.m.** in **Courtroom A**, U.S. Courthouse, 940 Front Street, San Diego, California 92101.

**IT IS SO ORDERED.**

DATED: August 19, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HON. MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL