# Exhibit A



**Kodak**
Carestream PACS

Make enterprise work flow

DRK197913

A powerful PACS solution
===

designed for the rapid analysis, distribution, and storage of image and enterprise information

# Kodak
# Carestream PACS

Escalating volumes of diagnostic exams and images. Ongoing competition for referrals and professional staff. The need to deliver patient care more efficiently. Today, you need a way to efficiently **manage workflow** and link your information systems so that all patient data are readily available to authorized personnel—*anywhere, anytime*—independent of working location. Now KODAK CARESTREAM PACS equips you for these and other challenges with capabilities to manage diagnostic images and information, streamline reading and reporting, and quickly deliver images and reports to the point of patient care.

CARESTREAM PACS is designed to enable interconnection and interoperation with existing healthcare information systems. As part of KODAK CARESTREAM Radiology Solutions it integrates seamlessly with CARESTREAM RIS. In addition, CARESTREAM Professional Services can provide integration with virtually any RIS or HIS thanks to the system's open architecture based on standards such as DICOM and HL-7.

This tight connectivity also creates a synchronized radiologist desktop work environment that merges clinical laboratory data, patient text history, and medical image information. Voice recognition, online transcription, and bio-ID options support efficient, convenient reporting. Electronic reports known as E-reports combine the RIS report with key image and analysis data that can be distributed automatically to referring physicians through Web access, e-mail, and self-playing CDs/DVDs. The result is more timely and accurate patient care, with enhanced radiologist-physician communication.

DRK197914

Diagnostic Workstations

CARESTREAM RIS

CARESTREAM Info Mgmt Solutions

E-mail Module

CARESTREAM PACS

Teleradiology Network

Voice Recognition

CD Direct System

EMR

Web Viewer

This powerful PACS platform is part of the **KODAK CARESTREAM Radiology Solutions portfolio.** This comprehensive solution set combines RIS, PACS, enterprise information management, and professional services to *automate diagnostic workflow* and enable intelligent storage and distribution of the patient's complete radiology record.

DRK197915

## A workflow-oriented, role-based PACS architecture

KODAK CARESTREAM PACS elevates the concept of *anywhere, anytime* access to a higher level. No longer are clinicians bound to dedicated thick-client workstations with special installation procedures. Now innovative smart-client architecture allows radiologists and clinicians to perform their tasks at any licensed workstation within the enterprise. Specific display protocols, diagnostic and viewing tools, and other preferences based on a user's clinical need are automatically available upon logon.

**CARESTREAM PACS provides speed in workstation image loading**

A patient mini-archive presents a complete listing of patient histories, comprehensive group study data, and "drag-and-drop" image management. The result is immediate access to the entire patient record—particularly valuable in a multi-site environment—and it offers the diagnostic and clinical benefit of access to images and information at the point of patient care. Another advantage is a licensing structure that allows facilities to purchase optional features according to the number of concurrent users, so these tools are not restricted to specific workstations.

**Advantages at a glance**

- Client/server technology provides fast information access and fast image loading
- Anywhere, anytime *diagnostic and clinical* reading
- Display preferences and tools follow the user
- Flexible licenses optimize purchase process



## Leveraging native 3-D to manage complex cases

Reviewing large numbers of images—often hundreds of slices per study—may be simply impractical for most radiology departments. This poses significant constraints on a radiologist's efficiency.

KODAK CARESTREAM PACS provides a solution by embedding the power and efficiency of 3-D display in the diagnostic workstation software. Clinicians and radiologists now have the ability to transform vast amounts of data into useful clinical information without having to refer to a standalone third-party 3-D workstation. The primary study as well as the priors are always available.

Large data sets and complex clinical cases can be quickly reviewed. A number of applications such as MRP and MIP are also supported to provide clinicians with speed and efficiency for rapid navigation of highly complex imaging studies.

CARESTREAM PACS' 3-D package includes **volume rendering, maximum intensity projection (MIP), multi-planar reformatting (MPR), tissue definition, vessel tracking,** and **cardiac/vessel analysis.**

**Advantages at a glance**

- 3-D functionality is embedded in diagnostic workflow
- No separate 3-D viewing station is needed
- The primary study and priors are always available
- Rapid interpretation of complex cases

DRK197916

## Scalable for your size and workflow requirements

KODAK CARESTREAM PACS readily adapts to the size and workflow of any facility, from a small clinic to a large multi-site healthcare network. The non-proprietary PACS platform easily expands and reconfigures to meet changing clinical and operational needs. It can be configured to leverage your existing enterprise infrastructure and IT assets.

CARESTREAM PACS integrates a broad range of legacy and third-party systems, modalities, and equipment by using DICOM-3, HL-7, and TCP/IP, and other industry protocols, interfaces, and standards. Integration with an existing RIS gives PACS users real-time access to report information. A brokerless bi-directional link automatically ensures RIS/PACS synchronization.

A central database produces a unified view of all studies with local access to online images. This enables all system users to participate in a global workgroup with access to all enterprise data.

**Advantages at a glance**
- Easily scales and configures for any facility and workflow
- Customizes to leverage existing infrastructure
- Integrates with a broad range of systems, modalities, and equipment
- Provides a unified global view of images and information




## Expanding PACS into the clinical spectrum

Carestream Health extends the utility of PACS beyond radiology with workstation technology to view images from a host of clinical specialties. Now cardiology exam review, orthopaedic surgical planning, mammography evaluation, and real-time 3-D vessel analysis and virtual colonoscopy can be done with a single CARESTREAM PACS workstation solution. The extension of PACS across medical specialties provides clinicians powerful and productive applications to manage more information and secure a more precise treatment regimen. The following clinical applications are an integral part of the CARESTREAM workstation platform:

- **Mammography** support includes dedicated diagnostic workstations, advanced digital display support, computer-aided detection (CAD), and an advanced hand controller for screening.
- **Orthopaedic templating** enables a surgeon to pre-plan surgical procedures in a digital environment and offers access to a large library of digital orthopaedic templates.
- **Virtual colonoscopy** provides rapid 3-D colon evaluation with "action buttons" embedded into the CARESTREAM diagnostic workstation.
- **Cardiac review software**, integrated into the workstation, includes phase analysis, heart axis detection, calcium scoring, and automatic cage removal.

**Advantages at a glance**
- Customized display protocols
- Extensive clinical toolset
- Multi-specialty clinical support
- Specialty applications from a single platform

DRK197917

## Intelligent lifecycle information management

**Advantages at a glance**

▸ Stores and manages data from virtually any source

▸ Choice of centralized or virtual data storage configurations

▸ Intelligent lifecycle information management

▸ Platform can store and manage data for your entire enterprise

The KODAK CARESTREAM PACS features a variety of archive options from entry tier to high-end solutions such as the unique KODAK Versatile Intelligent Patient Archive (VIParchive) platform that stores and manages data in any information format from virtually any source.

This powerful software platform can be expanded to store and manage digital data for your entire enterprise—including cardiology, pathology, endoscopy, laboratory, payroll, inventory, and more. It also provides a foundation for implementing electronic medical records (EMRs).

This intelligent archive stores data in a central repository, or virtualizes data stored at multiple sites using devices from multiple vendors.

The CARESTREAM PACS archive also optimizes workflow, patient care, and cost control by using lifecycle management rules to automatically migrate data to appropriate storage tiers. Critical data are always assigned to rapid-access storage such as optical RAID, while seldom-used data may reside in more economical storage where less immediate access does not hinder operations.



**VIParchive** is media, technology, and storage vendor-neutral to protect against obsolescence

- Video
- Reports
- Records
- E-mail

Content · Cardiology · Radiology · ...ologies · VIParchive

## Tools to empower your IT staff

**Advantages at a glance**

▸ Standards-based platform for ease of integration

▸ Client/server and Web technology minimizes software installation

▸ Support for WINDOWS and UNIX operating systems

▸ Remote administration and maintenance procedures

KODAK CARESTREAM PACS is designed to reduce demands on your IT staff, freeing valuable personnel for other duties. A standards-based platform accommodates systems and equipment from respected vendors, simplifying integration and minimizing training requirements.

Client/server together with Web technology eliminates the need to install, maintain, and upgrade client software for PACS users. Support for WINDOWS and UNIX operating systems allows use of hardware that may reduce maintenance and administrative expenses. Many administrative and maintenance tasks can be performed remotely with a Web browser. KODAK CARESTREAM Digital Dashboard software enables convenient monitoring of equipment performance, storage utilization, and volume changes. This optional capability reduces the need for on-site visits and enables your staff to identify and resolve problems more quickly.

DRK197918

## Automated workflow to enhance physician satisfaction

Results distribution options enable faster diagnostic turnaround—for earlier interventions and better service to your referral base. Images and reports can be viewed online *anywhere, anytime* with a PC using a standard Web browser.

CARESTREAM PACS combines key images and interpretation analysis results such as stenosis measurements created by a radiologist with the final RIS report. This results in an elegant diagnostic e-report that can reduce hundreds of megabytes of information to just a few kilobytes. This e-report can be sent automatically to referring physicians via e-mail and is stored as a structured report making it available with the study. An optional link enables recipients to access the complete study with a simple mouse click. Studies also can be distributed to referring physicians, specialists, and patients on self-playing CDs/DVDs.



**CARESTREAM PACS** produces an elegant, feature-rich e-report

### Advantages at a glance

- Faster diagnostic turnaround
- Online access to diagnostic results
- Customized e-reports with RIS text and key images
- Automated e-mail distribution with access to a full study
- Self-playing CD/DVDs for physicians and patients



## Comprehensive support from professional services

Make the most of your PACS investment with CARESTREAM Professional Services. These industry-experienced specialists use their knowledge of medical imaging processes, challenges, and goals to help optimize system design, installation, and performance. Their broad range of expertise embraces systems and equipment integration, privacy and security issues, and obsolescence management.

Carestream Health's consultants help you identify and implement needed changes in workflow improving clinical and business results for your organization. Services include business case development, policy and procedure development, workflow design, project management, change management, and business outcomes measurement.

### Advantages at a glance

- Optimized PACS design, installation, and performance
- Carestream Health's specialists understand medical imaging demands
- Consultation for optimizing workflow and operational performance
- Data management and storage with off-site Carestream Health archiving

DRK197919

## Count on Carestream Health

KODAK CARESTREAM PACS is backed by Carestream Health expertise from more than 100 years of service to medical imaging, and hundreds of successful PACS installations worldwide. Our long tradition of excellence in meeting the needs of healthcare professionals continues today with an ongoing commitment to research and development.

We listen to our customers. A "voice of the customer" user group and an advisory panel help us stay in tune with evolving concerns, challenges, and requirements. An undisputed leader in image science, and a DICOM market leader, Carestream Health actively participates in IHE and other standards boards to improve the quality and utility of medical images and information.

Comprehensive product, technical, and service support—including remote equipment and software management services—is provided worldwide through Carestream Health Technology and Innovation Centers. These centers of excellence are strategically located in Genoa, Italy; Shanghai, China; and Dallas, Texas, U.S.A.

**Advantages at a glance**



- More than 100 years serving medical imaging
- Hundreds of PACS installations worldwide
- Ongoing research and development
- A leader in imaging science and DICOM
- Comprehensive product, technical, and service support



Licensed Product

Carestream Health, Inc.
150 Verona Street
Rochester, NY 14608

**More information**

Learn more about KODAK CARESTREAM PACS, KODAK CARESTREAM RIS, and the comprehensive KODAK CARESTREAM Radiology Suite. Contact your Carestream Health representative, or call 1-877-865-6325, ext. 655.

 **www.carestreamhealth.com**



Carestream is a trademark of Carestream Health, Inc.
The Kodak trademark and trade dress are used under license from Kodak.
M3-333    Printed in U.S.A.   7/07   © Carestream Health, Inc., 2007   CAT No. 889 5351

The Innovation Powering Kodak Health Products

DRK197920