# Exhibit D

Westlaw.

DWPL 1993-169102                                                                                    Page 1
DWPL 1993-169102, 1991 WL 11517946 (DWPL)

Derwent World Patents Legal

CONTROL APPTS. FOR DISPLAY OF MULTIPLE IMAGES FROM DIGITAL IMAGE DATA BASE - HAS SEVERAL MEMORIES FOR STORING IMAGES TO BE DISPLAYED ON DIVIDABLE SCREEN SECTIONS.

**Patent Assignee(s):** EASTMAN KODAK CO (EAST)

**Inventor(s):** FUNSTON D L; PARULSKI K A

**Priority Application(s)(No Type Date):** 1991 US-796207 A 19911122; 1994 US-202853 A 19940225

**No. of Countries:** 5

**No. of Patents:** 6

**Latest Derwent Update:** 200172

**First Derwent Appearance:** 199321

**PATENT FAMILY**

**Patent Number:** EP 543414 A2 19930526

**Patent Assignee(s):** EASTMAN KODAK COMPANY, 343 State Street, Rochester, New York 14650-2201, US(EAST)

**Attorney or Agent:** Wagner, Karl H. et al, WAGNER & GEYER Patentanwaelte Gewuerzmuehlstrasse 5 Postfach 246, W-8000 Muenchen 22, DE

**Application Number(s):** 1992 EP-119834 A2 19921120 (Local filing, Local application); 1992 EP-119834 A2 19921120 (Local filing, Local application); 1992 EP-119834 A2 19921120 (Local filing, Local application)

**Original Title:** Verfahren und Vorrichtung zur Steuerung der schnellen Wiedergabe von mehreren Bildern aus einem digitalen Bildmassenspeicher (German); Method and apparatus for controlling rapid display of multiple images from a digital image database (English); Procede et appareil pour la commande d'un affichage rapide de plusieurs images d'une base de donnees d'images numerique (French)

**Language:** English

**Page(s):** 20

**Designated States:** (Regional): DE FR GB IT NL

**IPC (Current):** 2006-01-01 G06F-17/30 (A, R, L, I, M) EP 2005-10-08; 2006-01-01

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

G06F-17/30 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G06T-11/80 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-11/80 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/00 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/60 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G11B-27/031 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/034 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (C, R, L, I, M) EP 2005-10-08; 2006-01- 01 G11B-27/32 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/32 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/34 (A, R, L, N, M) EP 2005-10-08; 2006-01- 01 G11B-27/34 (C, R, L, N, M) EP 2005-10-08; 2006-01-01 H04N-5/907 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/907 (C, R, L, I, M) JP 2005-12-20; 2006-01- 01 H04N-5/937 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/937 (C, R, L, I, M) JP 2005-12-20

**IPC (Original):** G06F-15/401

**Derwent Appearance:** 199321 Basic Patent

**Patent Number:** EP 543414 A3 19940202

**Patent Assignee(s):** EASTMAN KODAK CO(EAST)

**Application Number(s):** 1992 EP-119834 A2 19921120 (Local filing, Local application); 1992 EP-119834 A2 19921120 (Local filing, Local application); 1992 EP-119834 A2 19921120 (Local filing, Local application)

**Language:** English

**IPC (Current):** 2006-01-01 G06F-17/30 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G06F-17/30 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G06T-11/80 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-11/80 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/00 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/60 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G11B-27/031 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/034 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (C, R, L, I, M) EP 2005-10-08; 2006-01- 01 G11B-27/32 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/32 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/34 (A, R, L, N, M) EP 2005-10-08; 2006-01- 01 G11B-27/34 (C, R, L, N, M) EP 2005-10-08; 2006-01-01 H04N-5/907 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/907 (C, R, L, I, M) JP 2005-12-20; 2006-01- 01 H04N-5/937 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/937 (C, R, L, I, M) JP 2005-12-20

**IPC (Original):** G06F-15/401

**Derwent Appearance:** 199518

**Patent Number:** US 5414811 A 19950509

**Patent Assignee(s):** Eastman Kodak Company(EAST)

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**Attorney or Agent:** Woods, David M.

**Application Number(s):** 1991 US-796207 A631 19911122 (Continuation of US application); 1994 US-202853 A2 19940225 (Local filing, Local application)

**Original Title:** Method and apparatus for controlling rapid display of multiple images from a digital image database (English)

**Language:** English

**Page(s):** 15

**IPC (Current):** 2006-01-01 G06F-17/30 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G06F-17/30 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G06T-11/80 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-11/80 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/00 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/60 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G11B-27/031 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/034 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/32 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/32 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/34 (A, R, L, N, M) EP 2005-10-08; 2006-01-01 G11B-27/34 (C, R, L, N, M) EP 2005-10-08; 2006-01-01 H04N-5/907 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/907 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/937 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/937 (C, R, L, I, M) JP 2005-12-20

**IPC (Original):** G06F-15/00

**IPC (U.S.A Original):** 395/162; 395/164; 395/137; 382/296

**Derwent Appearance:** 199524

**Patent Number:** EP 543414 B1 20010718

**Patent Assignee(s):** EASTMAN KODAK COMPANY, 343 State Street, Rochester, New York 14650-2201, US(EAST)

**Attorney or Agent:** Pohle, Reinhard, Dipl.-Phys., c/o Kodak Aktiengesellschaft, Patent Department, 70323 Stuttgart, DE

**Application Number(s):** 1992 EP-119834 A2 19921120 (Local filing, Local application); 1992 EP-119834 A2 19921120 (Local filing, Local application); 1992 EP-119834 A2 19921120 (Local filing, Local application)

**Original Title:** Verfahren und Vorrichtung zur Steuerung der schnellen Wiedergabe von mehreren Bildern aus einem digitalen Bildmassenspeicher (German); Method and apparatus for controlling rapid display of multiple images from a digital image database (English); Procédé et appareil pour la commande d'un affichage rapide de

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

DWPL 1993-169102                                                                     Page 4
DWPL 1993-169102, 1991 WL 11517946 (DWPL)


plusieurs images d'une base de données d'images numérique (French)

**Language:** English

**Designated States:** (Regional): DE FR GB NL

**IPC (Current):** 2006-01-01 G06F-17/30 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G06F-17/30 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G06T-11/80 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-11/80 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/00 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/60 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G11B-27/031 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/034 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (C, R, L, I, M) EP 2005-10-08; 2006-01- 01 G11B-27/32 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/32 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/34 (A, R, L, N, M) EP 2005-10-08; 2006-01- 01 G11B-27/34 (C, R, L, N, M) EP 2005-10-08; 2006-01-01 H04N-5/907 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/907 (C, R, L, I, M) JP 2005-12-20; 2006-01- 01 H04N-5/937 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/937 (C, R, L, I, M) JP 2005-12-20

**IPC (Original):** G06F-17/30

**Derwent Appearance:** 200142

**Patent Number:** DE 69231942 E 20010823

**Patent Assignee(s):** EASTMAN KODAK CO; US(EAST)

**Application Number(s):** 1992 DE-631942 A2 19921120 (Local filing, Local application); 1992 EP-119834 A861 19921120 (EP Application)

**Related:** Based on EP 543414 A

**Language:** German

**IPC (Current):** G06F-17/30

**IPC (Original):** G06F-17/30

**Derwent Appearance:** 200156

**Patent Number:** JP 3226353 B2 20011105

**Application Number(s):** 1992 JP-313656 A2 19921124 (Local filing, Local application)

**Related:** Previous Publ JP 07013971 A

**Language:** Japanese

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**Page(s):** 13

**IPC (Current):** 2006-01-01 G06F-17/30 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G06F-17/30 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G06T-11/80 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-11/80 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/00 (C, R, L, I, M) JP 2005-12-20; 2006-01-01 G06T-3/60 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 G11B-27/031 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/034 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/10 (C, R, L, I, M) EP 2005-10-08; 2006-01- 01 G11B-27/32 (A, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/32 (C, R, L, I, M) EP 2005-10-08; 2006-01-01 G11B-27/34 (A, R, L, N, M) EP 2005-10-08; 2006-01- 01 G11B-27/34 (C, R, L, N, M) EP 2005-10-08; 2006-01-01 H04N-5/907 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/907 (C, R, L, I, M) JP 2005-12-20; 2006-01- 01 H04N-5/937 (A, R, L, I, M) JP 2005-12-20; 2006-01-01 H04N-5/937 (C, R, L, I, M) JP 2005-12-20

**IPC (Original):** H04N-5/907; G06F-17/30

**Derwent Appearance:** 200172

**ABSTRACT:** EP 543414 A2

The appts. is used in conjunction with a digitised image processing system in which images are digitised and stored as image data files in a digital database. The images are accessed from the database and provided to an output for display on an image reproduction device.

**ADVANTAGE** - Responsive to user commands with minimum time delay. Capable of displaying multiple images simultaneously.



FIG. 3

**CLAIMS:** EP 543414 A2

1. An apparatus, for use with a digitized image processing system in which images are digitized as image data which is stored as digitized image data files in a di-

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

gital database, for controlling the manner in which the digitized images are accessed from the image data files in the digital database and provided to an output of the apparatus for display on an image reproduction device, the apparatus comprising: a plurality of image memories; and program means, responsive to user commands, for reading selected image data files and storing the image data in respective ones of the image memories for display on an image reproduction device.

**CLAIMS:** US 5414811 A

A method, for use with a digital image processing system including a digital database having a plurality of images digitized as image data and stored in respective image data files therein, a plurality of image memories, and an output for coupling thereto an image display device having a screen for display of images, for controlling the display of the images, the method comprising the steps of: defining the screen to contain a plurality of sections; selecting a plurality of image data files; reading image data from the selected plurality of image data files and loading the image data into respective image memories; allocating at least two image memories containing image data to at least two sections of the screen, respectively; displaying the image data from the at least two image memories on the respective screen sections; selecting a plurality of the images displayed on the screen sections for manipulation; and manipulating each of the selected images responsive to a single user command so that each selected image is manipulated in the same way at the same time.

**CLAIMS:** EP 543414 B1

Gerät zur digitalen Bildspeicherung und -anzeige, mit einem Langzeitspeicher (40) zum Speichern einer Folge digitaler Bilddateien (21H, 21D - 25H, 25D), einer Vielzahl von Kurzzeitspeichern (50 - 53) zum vorübergehenden Speichern aus dem Langzeitspeicher (40) ausgelesener digitaler Bilddateien, einem Bilddisplay (22) zum Anzeigen der Bilder in den Kurzzeitspeichern, und mit Steuermitteln, die auf einen Anfangsbefehl zum Betrachten eines von einem Anwender ausgewählten Bildes reagieren, um zu bewirken, dass die Bilddatei für das betreffende Bild und eine oder mehrere andere Bilddateien, die in der Folge dem vom Anwender ausgewählten Bild benachbart sind, vom Langzeitspeicher (40) in die Kurzzeitspeicher (50 - 53) übertragbar sind, **dadurch gekennzeichnet,** dass die Kurzzeitspeicher (50 - 53) eine ausreichende Speicherkapazität zum Speichern einer kleinen Anzahl (beispielsweise 4) von Bildem haben, und dass die Steuermittel auf einen Befehl zum Anzeigen des nächsten oder vorhergehenden Bildes reagieren, um die Bilddatei für ein nächstes oder vorhergehendes Bild, das in der Folge den Bildern in den Kurzzeitspeichern (50 - 53) benachbart ist, aus dem Langzeitspeicher (40) in einen der Kurzzeitspeicher (50 - 53) zu übertragen.

**Title Terms:** CONTROL; APPARATUS; DISPLAY; MULTIPLE; IMAGE; DIGITAL; DATA; BASE; MEMORY; STORAGE; SCREEN; SECTION

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

DWPL 1993-169102 Page 7
DWPL 1993-169102, 1991 WL 11517946 (DWPL)

**Derwent Accession Number:** 1993-169102

**Derwent Class:** (Electrical):T01

**IPC (Current):** G06F-17/30; 2006-01-01 G06F-17/30 (A, R, I); 2006-01-01 G06F-17/30 (C, R, I); 2006-01-01 G06T-11/80 (A, R, L, I); 2006-01-01 G06T-11/80 (C, R, L, I); 2006-01-01 G06T-3/00 (C, R, L, I); 2006-01-01 G06T-3/60 (A, R, L, I); 2006-01-01 G11B-27/031 (C, R, L, I); 2006-01-01 G11B-27/034 (A, R, L, I); 2006- 01-01 G11B-27/10 (A, R, L, I); 2006-01-01 G11B-27/10 (C, R, L, I); 2006-01-01 G11B-27/32 (A, R, L, I); 2006-01-01 G11B-27/32 (C, R, L, I); 2006-01-01 G11B-27/34 (A, R, L, N); 2006-01-01 G11B-27/34 (C, R, L, N); 2006-01-01 H04N-5/907 (A, R, L, I); 2006-01-01 H04N-5/907 (C, R, L, I); 2006-01-01 H04N-5/937 (A, R, L, I); 2006-01-01 H04N-5/937 (C, R, L, I)

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.