J. Christopher Jaczko (149317)
Allison H. Goddard (211098)
JACZKO GODDARD LLP
4401 East Gate Mall
San Diego, CA 92121
Telephone:   (858) 404-9205
Facsimile:    (858) 225-3500

Raymond P. Niro (*Pro Hac Vice*)
Matthew G. McAndrews (*Pro Hac Vice*)
Frederick C. Laney (*Pro Hac Vice*)
Dina M. Hayes (*Pro Hac Vice*)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone:   (312) 236-0733
Facsimile:    (312) 236-3137

Attorneys for Plaintiff
DR SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR SYSTEMS, INC., a California Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY, a New Jersey Corporation<br><br>        Defendant.<br><br>EASTMAN KODAK COMPANY,<br><br>        Counterclaimant,<br><br>v.<br><br>DR SYSTEMS, INC.,<br><br>        Counterclaim Defendant. | Case No.: 08 CV 00669 H (BLM)<br><br>**DR SYSTEMS, INC.'S NOTICE OF CONVENTIONAL FILING** |

1  DR Systems, Inc. ("DR Systems") caused to be hand-filed DR Systems' Reply Memorandum
2  in Support of Its Motion to Compel Supplemental Discovery From Eastman Kodak Company
3  ("Kodak"), including Exhibits A and B, under seal.

Respectfully submitted,

   /s/Dina M. Hayes
Raymond P. Niro (*Pro Hac Vice*)
Matthew G. McAndrews (*Pro Hac Vice*)
Frederick C. Laney (*Pro Hac Vice*)
Dina M. Hayes (*Pro Hac Vice*)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Sujte 4600
Chicago, Illinois  60602
Telephone:     (312) 236-0733
Facsimile:     (312) 236-3137

J. Christopher Jaczko (149317)
Allison H. Goddard (211098)
JACZKO GODDARD LLP
4401 East Gate Mall
San Diego, CA  92121
Telephone:     (858) 404-9205
Facsimile:     (858) 225-3500

Attorneys for Plaintiff
DR SYSTEMS, INC.

**Certificate of Service**

The undersigned hereby certifies that all below counsel of record were served the 5th day of September, 2008, with a copy of the **DR SYSTEMS, INC.'S NOTICE OF CONVENTIONAL FILING** by electronic transmission.

SCHIFF HARDIN LLP
Stephen M. Hankins (Cal. Bar No. 154886)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
shankins@schiffhardin.com
wpschuck@shiffhardin.com

Attorneys for Defendant and Counterclaimant
EASTMAN KODAK COMPANY

   /s/Dina M. Hayes
Dina M. Hayes
Niro, Scavone, Haller & Niro