# Exhibit A

**\*\*\*REDACTED\*\*\***

**CONTAINS INFORMATION DESIGNATED "CONFIDENTIAL-FOR COUNSEL ONLY"
BY KODAK PURSUANT TO THE PROTECTIVE ORDER IN THIS CASE.
A COMPLETE COPY OF EXHIBIT A HAS BEEN FILED UNDER SEAL**